AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Bernabe Ramirez-Ramirez

**CRIMINAL COMPLAINT**

Case Number:   M-19- 1049 -M

IAE   YOB:   1995
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 7, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Bernabe Ramirez-Ramirez was encountered by Border Patrol Agents near Mission, Texas on May 7, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 7, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on September 5, 2018 through El Paso, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On August 23, 2018, the defendant was convicted of 8 USC 1326, Illegal Reentry of a removed alien and was sentenced to time served and one (1) year supervised release term.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Approved by Amy L. Greenbaum 5/9/19

Sworn to before me and subscribed in my presence,

May 9, 2019                        8:45 a.m.

Signature of Complainant
Nicolas Burgos            Senior Patrol Agent

Peter E. Ormsby    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer